# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-2880
LT Case No. 2021-DP-000120-A

_____

J.W., FATHER of K.W., a CHILD,

Appellant,

v.

DEPARTMENT of CHILDREN
and FAMILIES,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael Kalil, Judge.

Jennifer Cogdill, Fleming Island, for Appellant.

Sarah J. Rumph, of Children's Legal Services, Department of
Children and Families, Tallahassee, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Laura J. Lee, Assistant Director of Appeals, of Guardian ad
Litem, Tallahassee, for Guardian ad Litem Program.


April 1, 2024


PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————